UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>CHARLES A. GIPSON,<br><br>              Defendant. | NO.  CR-07-2056-FVS-1<br><br>ORDER GRANTING MOTION FOR EXPEDITED HEARING, DENYING MOTION TO ALTER OR MODIFY RELEASE CONDITIONS, AND DIRECTING ACTION BY UNITED STATES MARSHAL --<br>**Action Required** |

    Defendant moved for an expedited hearing (Ct. Rec. 74) to consider his motion to alter or modify release conditions (Ct. Rec. 73).  Finding good cause, the Court **GRANTS** Defendant's motion for an expedited hearing **(Ct. Rec. 74).**

    The government orally represented that it opposes the defendant's motion to alter or modify release conditions, but indicated that it will not file a written response to defendant's motion to modify (Ct. Rec. 73).  After reviewing the record, the Court finds that the Defendant has not proffered sufficient information to warrant modifying the prior order.  Accordingly, the Defendant's motion to alter or modify release conditions (**Ct. Rec. 73)** is **DENIED**.

    The Defendant has requested assistance with respect to his medical needs.  Accordingly, the United States Marshal is directed to investigate the Defendant's medical needs.

ORDER GRANTING MOTION FOR EXPEDITED
HEARING, DENYING MOTION TO MODIFY
RELEASE CONDITIONS, AND DIRECTING
US MARSHAL TO INVESTIGATE DEFENDANT'S
MEDICAL NEEDS - 1

**IT IS ORDERED**:

1. The Defendant's motion for expedited hearing **(Ct. Rec. 74)** is **GRANTED**.

2. The Defendant's motion to modify conditions of release (**Ct. Rec. 73**) is **DENIED.**

3. **The United States Marshal is directed to investigate the Defendant's medical needs**.

4. Defendant shall continue to be held in detention pending disposition of this case or until further order of the court.

5. Defendant is committed to the custody of the United States Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

6. Defendant shall be afforded reasonable opportunity for private consultation with his counsel.

7. Defense counsel may seek review by this court if additional information becomes available.

DATED this 10th day of July, 2007.

<u>S/CYNTHIA IMBROGNO</u>
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXPEDITED HEARING, DENYING MOTION TO MODIFY RELEASE CONDITIONS, AND DIRECTING US MARSHAL TO INVESTIGATE DEFENDANT'S MEDICAL NEEDS - 2