UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES ALLEN GIPSON,<br><br>　　　　　　　Defendant. | NO. CR-07-2056-LRS-1<br><br>**ORDER DECLARING MISTRIAL AND SETTING NEW TRIAL DATE AND PRETRIAL CONFERENCE DATE** |

　　　This matter came on for jury trial on July 21, 2008, and concluded on July 24, 2008 when the Court declared a mistrial on **Count 1** of the **Superseding Indictment** (Ct. Rec. 91). The government was represented by Assistant United States Attorney Jane Kirk. The Defendant, Charles Allen Gipson, was represented by Ken Therrien. This Order is entered to memorialize the oral rulings of the Court.

　　　On July 24, 2008, the jury in the above-captioned case sent a note to the Court, indicating that they were unable to reach a unanimous verdict. Following receipt of the note, the Court examined the jury, in the presence of counsel, and the defendant, as to whether additional time would assist in reaching a verdict. The Court concluded that the jury

///

ORDER ~ 1

was hopelessly deadlocked and that further deliberation would not assist in reaching a unanimous verdict.

Accordingly, the Court declared a mistrial and discharged the jury on July 24, 2008.

**IT IS HEREBY ORDERED:**

1. The Court declares a **MISTRIAL** on Count 1 of the Superseding Indictment (Ct. Rec. 91).

2. Defendant's new speedy trial interval on Count 1 of the Superseding Indictment shall begin with the entry of this Order memorializing the oral ruling of the Court. *See* 18 U.S.C. § 3161(e) (stating trial to "commence within seventy days from the date the action occasioning the retrial becomes final"); *United States v. Crooks*, 804 F.2d 1441 (9th Cir. 1986) (holding under 18 U.S.C. § 3161(e) that "district court's order, not the dismissal of the jury, constituted the action occasioning the new trial").

3. A pretrial conference is **SET** for **August 13, 2008 at 8:30 a.m.** in **Yakima,** Washington.

4. Defendant's **NEW TRIAL** on Count 1 of the Superseding Indictment is set for **September 10, 2008** at **9:00 a.m.** in **Yakima**, Washington. **Counsel shall meet with the Court in Chambers at 8:30 a.m. on the day of trial. Any motions will be addressed at a pretrial conference in open court at 8:30 a.m.**

5. The Court **DENIED** Defendant's Motion for Acquittal, Ct. Rec. 323, filed on July 23, 2008 and orally raised at trial.

///

ORDER ~ 2

1  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this order and to provide copies to all counsel, the U.S. Marshal Service, and the Jury Administrator.

**DATED** this 25th day of July, 2008.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

ORDER ~ 3